**Order entered March 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00776-CV

## IN THE INTEREST OF W.R.B. AND B.K.B., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 96-12454-Z**

## ORDER

We **GRANT** appellant's agreed motion to extend time to file a motion for rehearing.

Appellant's motion is due March 21, 2014.

/s/     MOLLY FRANCIS
        JUSTICE